**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Bradley Eric PURDY, Defendant–Appellant.**

**No. 13–6614.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 25, 2013.

Decided: July 30, 2013.

Bradley Eric Purdy, Appellant pro se. Jennifer P. May–Parker, Assistant United States Attorney, Felice McConnell Corpening, Gaston Williams, Office of the United States Attorney, Raleigh, North Carolina, for Appellees.

Before GREGORY, DAVIS, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bradley Eric Purdy seeks to appeal the district court's order construing his notice of appeal as a motion for reconsideration and denying it. This court may exercise jurisdiction only over final orders, 28

U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Purdy seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*